<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4080**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAQUINN GEATHERS, a/k/a Edward Bynoe,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-98-179-3)

———————

Submitted: August 31, 1999          Decided: October 18, 1999

———————

Before ERVIN,[*] NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert P. Geary, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

———————

[*] Judge Ervin was assigned to the panel in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

JaQuinn Geathers appeals his conviction entered after a bench trial for possession with intent to distribute crack cocaine and aiding and abetting that offense in violation of 21 U.S.C. § 841(a)(1) (1994), and 18 U.S.C. § 2 (1994). On appeal, Geathers contends only that the district court erred in denying his motion to suppress the evidence obtained as a result of a search of his baggage. See United States v. Han, 74 F.3d 537, 540 (4th Cir. 1996); United States v. Williams, 10 F.3d 1070, 1077 (4th Cir. 1993). We have reviewed the record and the claims of error advanced in this appeal, and find that the district court did not err in denying Geathers' motion. See Florida v. Royer, 460 U.S. 491, 497 (1983); United States v. Gordon, 895 F.2d 932, 937 (4th Cir. 1990). Accordingly, Geathers' conviction and sentence are affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED